Erin Rose Ronstadt, SBN 028362
Kyle Shelton, SBN 027379
RONSTADT LAW, PLLC
PO Box 34145
Phoenix, AZ 85067
(602) 615-0050
(602) 761-4443 Fax
erin@ronstadtlaw.com
kyle@ronstadtlaw.com
*Attorneys for Plaintiff*



**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Lorena Howard,

Plaintiff,

v.

The Lincoln National Life Insurance Company, a plan fiduciary; and Wells Fargo & Co. Long-Term Disability Plan, an ERISA benefits plan,

Defendants.

No. CV-23-1884-PHX-SRB

**DECLARATION OF SERVICE OF DEFENDANT WELLS FARGO & CO. LONG-TERM DISABILITY PLAN BY CERTIFIED MAIL**

I, Erin Rose Ronstadt, am familiar with the facts stated in this Declaration, and pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, I declare that I have served the Complaint (Doc. 1), Civil Cover Sheet (Doc. 1-1), Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction (Doc. 2), and Summons (Doc. 4) on Defendant Wells Fargo & Co. Long-Term Disability Plan by certified mail, postage prepaid, and return receipt requested. Wells Fargo & Co. Long-Term Disability Plan was individually served at: c/o Wells Fargo & Company, MAC A0101-121, 420 Montgomery Street, San Francisco, CA 94104.

I know that Wells Fargo & Co. Long-Term Disability Plan is located outside of the State of Arizona. Wells Fargo & Co. Long-Term Disability Plan received the Complaint and other documents on September 20, 2023 A copy of the certified mail receipt and delivery confirmation by the U.S. Post Office is attached hereto.

**RONSTADT LAW, PLLC**
P.O. Box 34145, Phoenix, AZ 85067
6122 N. 7th Street, Suite B, Phoenix, AZ 85014
(602) 615-0050

Dated September 21, 2023.

RONSTADT LAW, PLLC

By: *s/ Erin Rose Ronstadt*
Erin Rose Ronstadt
Kyle Shelton
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on September 21, 2023 I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants and mailed a copy this same date to non-registrants:

Wells Fargo & Co. Long-Term Disability Plan
c/o Wells Fargo & Company,
MAC A0101-121
420 Montgomery Street
San Francisco, CA 94104

*Defendant*

*s/ Merry Martin*