UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lorena Howard,<br><br>Plaintiff,<br>vs.<br><br>The Lincoln National Life Insurance Company and Wells Fargo & Co. Long-Term Disability Plan,<br><br>Defendants. | Case No.: CV-23-01884-PHX-SRB<br><br>**ORDER** |

Pursuant to the parties' Stipulation for Dismissal of Defendant Wells Fargo & Co. Long-Term Disability Plan Without Prejudice and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant Wells Fargo & Co. Long-Term Disability Plan be and hereby is dismissed without prejudice in this action, and that Plaintiff shall bear her own costs and attorneys' fees with regard to such claims.

Dated this 5th day of October, 2023.

Susan R. Bolton
United States District Judge