**Admitted Pro Hac Vice**
Iwana Rademaekers (TX Bar No. 16452560)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorney for Defendant The Lincoln National Life Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Lorena Howard,<br><br>Plaintiff,<br>vs.<br><br>The Lincoln National Life Insurance Company and Wells Fargo & Co. Long-Term Disability Plan,<br><br>Defendants. | Case No. 2:23-CV-01884-SRB<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S REQUEST TO ATTEND SCHEDULING CONFERENCE VIA VIDEOCONFERENCE** |

Defendant, The Lincoln National Life Insurance Company ("Lincoln"), requests that the Court allow its counsel to attend the Scheduling Conference set on November 2, 2023 at 11:15 a.m. via videoconference. Plaintiff and Lincoln filed their Rule 26(f) Meeting and Joint Proposed Discovery Plan on October 25, 2023 (Document 14). Lincoln's counsel's office is in Dallas, Texas, and Lincoln and its counsel request that the Court allow counsel to attend the Scheduling Conference via videoconference.

Plaintiff's counsel has been consulted and does not oppose Lincoln's counsel appearing via videoconference at the Scheduling Conference.

RESPECTFULLY SUBMITTED this 30th day of October 2023.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

By: /s/ Iwana Rademaekers
Iwana Rademaekers
Attorneys for Defendant The Lincoln National Life Insurance Company

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2023, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Erin Ronstadt
erin@ronstadtlaw.com

Kyle Shelton
kyle@ronstadtlaw.com

*Attorneys for Plaintiff*

By: /s/Sandy Acker
Employee of the Law Offices of
Iwana Rademaekers, P.C.