**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Lorena Howard,<br><br>Plaintiff,<br><br>v.<br><br>Lincoln National Life Insurance Company, et al.,<br><br>Defendants. | No. CV-23-01884-PHX-SRB<br><br>**ORDER** |

The Court has reviewed Defendant The Lincoln National Life Insurance Company's Request to Attend Scheduling Conference via Video Conference. The Rule 16 Scheduling Conference set on November 2, 2023 at 11:15 a.m. will be conducted in person and/or via Zoom. Counsel shall advise the Court by email at bolton_chambers@azd.uscourts.gov no later than **12:00 p.m., October 31, 2023** if they will be appearing via Zoom or appearing in person. This Court's staff will provide counsel with the Zoom link for said hearing.

Dated this 30th day of October, 2023.

Susan R. Bolton
United States District Judge