Erin Rose Ronstadt, SBN 028362
Kyle J. Shelton, SBN 027379
RONSTADT LAW, PLLC
PO Box 34145
Phoenix, AZ 85067
(602) 615-0050
(602) 761-4443 Fax
erin@ronstadtlaw.com
kyle@ronstadtlaw.com
*Attorneys for Plaintiff*

Iwana Rademaekers, *pro hac vice*
LAW OFFICES OF IWANA RADEMAEKERS, PC
17304 Preston Road, Suite 800
Dallas, TX 75252
Phone:(214) 564-9542
iwana@rademaekerslaw.com
*Attorneys for Defendant*

**RONSTADT LAW, PLLC**
P.O. Box 34145, Phoenix, AZ 85067
6122 N. 7th Street, Suite B, Phoenix, AZ 85014
(602) 615-0050

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Lorena Howard,<br><br>Plaintiff,<br><br>v.<br><br>The Lincoln National Life Insurance Company,<br><br>Defendant. | No. CV-23-1884-PHX-SRB<br><br>**JOINT MOTION TO AMEND SCHEDULING ORDER**<br><br>**(First Request)** |

Plaintiff Lorena Howard and Defendant The Lincoln National Life Insurance Company request this Court amend the Case Management Order entered on November 2, 2023 (Doc. 19) as follows:

1. The Case Management Order states that the parties' Initial Disclosures shall be made by November 17, 2024. The parties submitted a Joint Case Management Report proposing a deadline for disclosures to be made on November 17, 2023. The parties respectfully suggest the 2024 deadline is a typographical error and Initial Disclosures should be due November 17, 2023.

2. During the discussion of discovery at the Rule 16 Conference, the parties agreed to a deadline of December 1, 2023 in which to contact the Court with any discovery

issues. Plaintiff has reviewed the scheduling order and misunderstood the purpose of the deadline when it was discussed during the Rule 16 scheduling conference. Plaintiff's counsel believed the Court was entering a deadline for the parties to discuss the standard of review. Therefore, the parties request a revised deadline of **Friday, February 2, 2024** so that the parties may not only confer over the proper standard of review, but also for Plaintiff to propose any limited discovery to Defendant, and for the parties to thereafter confer in good faith over any discovery disputes prior to contacting the Court.

WHEREFORE, the parties respectfully request this Court amend its Case Management Order of November 2, 2023 as set forth above. A proposed order has been sent along with this Joint Motion, which is made in good faith and not for the purpose of delay.

RESPECTFULLY SUBMITTED this November 3, 2023.

RONSTADT LAW, PLLC

By: *s/ Erin Rose Ronstadt*
Erin Rose Ronstadt
Kyle J. Shelton
*Attorneys for Plaintiff*

LAW OFFICES OF IWANA RADEMAEKERS, PC

By: *s/ Iwana Rademaekers*
Iwana Rademaekers
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I certify that on November 3, 2023, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants and mailed a copy this same date to the non-registrants:

Iwana Rademaekers
LAW OFFICES OF IWANA RADEMAEKERS, PC
17304 Preston Road, Suite 800
Dallas, TX 75252
iwana@rademaekerslaw.com

*Attorneys for Defendant*

*s/ Merry Martin*

RONSTADT LAW, PLLC
P.O. Box 34145, Phoenix, AZ 85067
6122 N. 7th Street, Suite B, Phoenix, AZ 85014
(602) 615-0050