**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Lorena Howard,<br>Plaintiff,<br>v.<br>The Lincoln National Life Insurance Company,<br>Defendant. | No. CV-23-1884-PHX-SRB<br><br>**ORDER AMENDING CASE MANAGEMENT ORDER** |

THIS MATTER came before the Court upon Joint Motion by the parties to amend this Court's Case Management Order issued November 2, 2023 (Doc. 19). The Court having reviewed the file and finding good cause exists, it is hereby

ORDERED that the Joint Motion is GRANTED as follows:

1. Rule 26 Initial Disclosures shall be made by **November 17, 2023** and Defendant's disclosure will include the complete administrative record.

2. <u>Limited Discovery</u>. No later than **February 2, 2024** counsel shall discuss the limited discovery, if any, Plaintiff's counsel believes is necessary. If counsel cannot agree to specific limited discovery, they shall contact the Court to resolve the dispute as provided in Part 5 of this Court's Order of November 2, 2023.