**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Lorena Howard,<br><br>Plaintiff,<br>v.<br><br>The Lincoln National Life Insurance Company,<br><br>Defendant. | No. CV-23-1884-PHX-SRB<br><br>**ORDER** |

The Court has considered the Joint Motion to Amend Scheduling Order. The December 1, 2023 deadline is for the parties to meet and agree on Plaintiff's limited discovery, it is not a deadline for contacting the Court. Moreover, this is a reasonable length of time for Plaintiff to propose and discuss her limited discovery requests.

IT IS ORDERED denying the Joint Motion to Amend Scheduling Order. (Doc. 20)

Dated this 6th day of November, 2023.

Susan R. Bolton
United States District Judge