Erin Rose Ronstadt, SBN 028362
Kyle Shelton, SBN 027379
RONSTADT LAW, PLLC
PO Box 34145
Phoenix, AZ 85067
(602) 615-0050
(602) 761-4443 Fax
erin@ronstadtlaw.com
kyle@ronstadtlaw.com
*Attorneys for Plaintiff*

Iwana Rademaekers, *pro hac vice*
LAW OFFICES OF IWANA RADEMAEKERS, PC
17304 Preston Road, Suite 800
Dallas, TX 75252
Phone:(214) 564-9542
iwana@rademaekerslaw.com
*Attorneys for Defendant*

**RONSTADT LAW, PLLC**
P.O. Box 34145, Phoenix, AZ 85067
6122 N. 7th Street, Suite B, Phoenix, AZ 85014
(602) 615-0050

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Lorena Howard,

Plaintiff,

v.

The Lincoln National Life Insurance Company,

Defendant.

No. CV-23-1884-PHX-SRB

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S COUNTERCLAIM**

**(Second Request)**

Plaintiff Lorena Howard and Defendant The Lincoln National Life Insurance Company request a brief extension of time in which Plaintiff may respond to Defendant's Counterclaim, up to and including December 1, 2023. The parties are continuing to confer over the Counterclaim, gathering pertinent information about the case, and endeavoring to engage in early settlement discussions. They request an extension of time to conserve party and judicial resources. They hope to narrow the issues for potential motion practice or else reach a case resolution. This Motion is made in good faith and not for the purpose of delay.

WHEREFORE, for the above-stated good cause, the parties request this Court grant an extension of time in which Plaintiff may respond to Defendant's Counterclaim, up to and including December 1, 2023.

RESPECTFULLY SUBMITTED this November 27, 2023.

RONSTADT LAW, PLLC

By: *s/ Erin Rose Ronstadt*
Erin Rose Ronstadt
Kyle Shelton
*Attorneys for Plaintiff*

LAW OFFICES OF IWANA RADEMAEKERS, PC

By: *s/ Iwana Rademaekers*
Iwana Rademaekers
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I certify that on November 27, 2023, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants and mailed a copy this same date to the non-registrants:

Iwana Rademaekers
LAW OFFICES OF IWANA RADEMAEKERS, PC
17304 Preston Road, Suite 800
Dallas, TX 75252
iwana@rademaekerslaw.com

*Attorneys for Defendant*

*s/ Merry Martin*

RONSTADT LAW, PLLC
P.O. Box 34145, Phoenix, AZ 85067
6122 N. 7th Street, Suite B, Phoenix, AZ 85014
(602) 615-0050