**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Lorena Howard,<br><br>Plaintiff,<br>v.<br><br>The Lincoln National Life Insurance Company,<br><br>Defendant. | No. CV-23-1884-PHX-SRB<br><br>**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM** |

THIS MATTER came before the Court upon Stipulation by the parties for an additional extension of time in which Plaintiff may respond to Defendant's Counterclaim, up to and including December 1, 2023. This is the parties' first request. The Court, noting agreement of counsel and finding good cause exists, it is hereby

ORDERED the Stipulation is GRANTED. Plaintiff may respond to Defendant's Counterclaim on or before December 1, 2023.