**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Lorena Howard,<br>Plaintiff,<br>v.<br>The Lincoln National Life Insurance Company,<br>Defendant. | No. CV-23-1884-PHX-SRB<br><br>**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM** |

The Court has considered the Stipulation by the parties for an additional extension of time in which Plaintiff may respond to Defendant's Counterclaim, up to and including December 1, 2023.

IT IS ORDERED granting the Stipulation. Plaintiff may respond to Defendant's Counterclaim on or before December 1, 2023.

Dated this 27th day of November, 2023.

Susan R. Bolton
United States District Judge