**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Lorena Howard,<br>Plaintiff,<br>v.<br>Lincoln National Life Insurance Company,<br>Defendant. | No. CV-23-01884-PHX-SRB<br>**ORDER** |

Plaintiff having filed a Notice of Settlement;

IT IS ORDERED that this matter will be dismissed with prejudice within 30 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

Dated this 30th day of November, 2023.

Susan R. Bolton
United States District Judge