Admitted Pro Hac Vice
Iwana Rademaekers (TX Bar No. 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Tel: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
*Attorneys for Defendant*

Erin Rose Ronstadt, SBN 028362
Kyle Shelton, SBN 027379
RONSTADT LAW, PLLC
PO Box 34145
Phoenix, AZ 85067
(602) 615-0050
(602) 761-4443 Fax
erin@ronstadtlaw.com
kyle@ronstadtlaw.com
*Attorneys for Plaintiff*

THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Lorena Howard,

Plaintiff,

vs.

The Lincoln National Life Insurance Company,

Defendant.

Case No. 2:23-CV-01884-SRB

**STIPULATION OF DIMISSAL WITH PREJUDICE**

Plaintiff Lorena Howard ("Plaintiff") and Defendant The Lincoln National Life Insurance Company ("Defendant") file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 21st day December 2023.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

By: /s/ Iwana Rademaekers
Iwana Rademaekers
Attorney for Defendant The Lincoln National Life Insurance Company

- AND -

**RONSTADT LAW, PLLC**

By: /s/ Erin Ronstadt
Erin Ronstadt
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December 2023, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Erin Ronstadt, SBN 028362
Email: erin@ronstadtlaw.com

Kyle Shelton, SBN 027379
email: kyle@ronstadtlaw.com

*Attorney for Plaintiff*

By: /s/Sandy Acker
Employee of the Law Offices of
Iwana Rademaekers, P.C.