UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lorena Howard,<br><br>Plaintiff,<br>vs.<br><br>The Lincoln National Life Insurance Company,<br><br>Defendant. | Case No.: CV-23-01884-PHX-SRB<br><br>**ORDER** |

Pursuant to the parties' Stipulation of Dismissal With Prejudice (Doc. 27) and good cause appearing,

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice. Each side will bear its own attorney's fees and costs.

Dated this 28th day of December, 2023.

Susan R. Bolton

Susan R. Bolton
United States District Judge